**No. 11-451. Connecticut, Petitioner v. Patrick J. Lenarz.**

565 U.S. 1156, 132 S. Ct. 1095, 181 L. Ed. 2d 977, 2012 U.S. LEXIS 723.

January 17, 2012. Petition for writ of certiorari to the Supreme Court of Connecticut denied.

Same case below, 301 Conn. 417, 22 A.3d 536.